UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 08, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

SHERRI PAPINI,

    Defendant.

Case No. 3:22-mj-00001-DMC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release SHERRI PAPINI, Case No. 3:22-mj-00001-DMC Charge 18 U.S.C. § 1001(a)(2), from custody for the following reasons:

    \_\_\_\_\_ Release on Personal Recognizance

    __X__ Bail Posted in the Sum of $ 120,000.00.

        __X__ Unsecured Appearance Bond $ 50,000.00.

        \_\_\_\_\_ Appearance Bond with 10% Deposit

        __X__ Appearance Bond with Surety $ 70,000.00.

        \_\_\_\_\_ Corporate Surety Bail Bond

        \_\_\_\_\_ (Other):

Issued at Sacramento, California on March 08, 2022 at 3:20 p.m.

_/s/ Jeremy D. Peterson_
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE