AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | | |
|---|---|---|
| United States of America<br>v.<br><br>___SHERRI PAPINI___<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 2:22-cr-0070 WBS |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 4/12/22

*Defendant's signature*

*Signature of defendant's attorney*

WILLIAM J. PORTANOVA
*Printed name of defendant's attorney*

*Judge's signature*

Kendall J. Newman, Chief United States Magistrate Judge
*Judge's printed name and title*

**FILED**

APR 13 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK