PHILLIP A. TALBERT
United States Attorney
VERONICA M.A. ALEGRÍA
SHELLEY D. WEGER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>SHERRI PAPINI,<br><br>　　　　　　　　Defendant. | CASE NO. 22-CR-00070-WBS<br><br>UNITED STATES' RESPONSE TO FINAL PSR |

　　　The United States submits this response to the final Pre-Sentence Report ("PSR") dated August 29, 2022, to request that the Court correct an inconsistency that occurs in paragraph 106. *See* Dkt. No. 39. Paragraph 106 mistakenly states the defendant is ineligible for probation because the applicable guideline range is in Zone D of the Sentencing Table. The final PSR calculates a total offense level of 11 and a criminal history category of I, which places the applicable guideline range in Zone B—not Zone D—of the Sentencing Table. Otherwise, the United States has no objections to the Final PSR.

Dated: September 5, 2022　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　By:　/s/ VERONICA M.A. ALEGRÍA
　　　　　　　　　　　　　　　　　　　　　　VERONICA M.A. ALEGRIA
　　　　　　　　　　　　　　　　　　　　　　SHELLEY D. WEGER
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorneys