**Karen Kirksey**

| | |
|---|---|
| **From:** | Breann <breann_hibdon@yahoo.com> |
| **Sent:** | Friday, May 2, 2025 12:35 PM |
| **To:** | Karen Kirksey; defarmer@fbi.gov |
| **Subject:** | Docket# 22-CR-70 Sherri Papini |

**CAUTION - EXTERNAL:**

I'm writing to inform you that Sherri Papini is in direct violation of her plea deal according to section E.

Here is the movie trailer for her documentary which is being release on May 26th on Investigation Discovery and streaming on MAX.
[Sherri Papini: Caught in the Lie Offical Trailer | ID](#)



**Sherri Papini: Caught in the Lie Offical Trailer | ID**

In this trailer at the 2 minute 15 second mark she says **"I'm Sherri Papini, I was abducted and I was tortured and the FBI said I made it all up."**
This blatantly goes against her plea deal. I tried calling the US Attorneys Office for Michele Beckwith and because I wasn't a lawyer they wouldn't listen to me and told me to get a lawyer.

Sherri is currently living in my brothers house in Shingletown with another man and is refusing to leave or to pay rent. An eviction notice has been filed and they're currently trying to serve her. The man living with her is Tony Bickel and his now ex Katherine Parrick is blasting how Sherri is a homewrecker all over Reddit and how Tony is an abuse alcoholic. Sherri filed a civil harassment against Katherine on 4/29/25 case# 25CH-0207613.

Thank you,
Breann Lowe
(530) 228-1904

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.